UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| CARDINAL TRANSPORT, INC., A Delaware Corporation, AND C R TRANSPORT, INC., A Nevada Corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ASSURED PARTNERS OF OHIO, LLC, An Ohio Limited Liability Company, Successor in Interest to Wellington F. Roemer Insurance, Inc., A Nevada Corporation, D/B/A ROEMER INSURANCE AND ROBERT SCHWARTZ, Individually,<br><br>　　　　Defendants. | Case No. 19-cv-4943<br><br>Judge Sharon Johnson Coleman |

**MOTION TO STRIKE OPINION AFFIDAVIT OF WILLIAM WARFEL**

NOW COME Defendants, WFR Holdings of Toledo, Inc., incorrectly sued as "Assured Partners of Ohio, LLC, An Ohio Limited Liability Company, Successor in Interest to Wellington F. Roemer Insurance, Inc., A Nevada Corporation, d/b/a Roemer Insurance" and Robert Schwartz (collectively, "Defendants"), by their undersigned attorneys, and respectfully move this court for an order striking the supplemental opinion offered by William Warfel in his affidavit filed in opposition to Defendants' Amended Motion for Summary Judgment. In particular, Defendants seek an order striking paragraph 8 of that Affidavit (ECF Dkt #108-7). In support of their motion, Defendants state as follows:

1.　　Defendants have filed an Amended Motion for Summary Judgment (ECF Dkt #97), Amended Memorandum in support of that motion (ECF Dkt #98) and Local Rule 56.1 Statement of Facts (ECF Dkt #99). Defendants' motion is addressed to all counts of Plaintiffs'

1

Complaint and is based, in part, on their Third Affirmative Defense asserting that they cannot be held liable under the doctrine of frustration/impossibility. (ECF Dkt. #96).

2. In response to that motion, Plaintiffs have filed their response (ECF Dkt. 100), Memorandum in Opposition (ECF Dkt #102), Response to Defendants' Local Rule 56.1 Statement of Facts (ECF Dkt #104) and an Appendix of Exhibits (ECF Dkt #108). Among those exhibits offered by Plaintiffs' in opposition to Defendants' Amended Motion for Summary Judgment is Exhibit 7, an affidavit from their retained expert, William Warfel ("Affidavit" or "Warfel Affidavit") (ECF Dkt #108-7).

3. In paragraph 9 of his Affidavit, Mr. Warfel purports to offer an opinion on the question of the availability in the marketplace of an insurance policy that would have provided coverage to the Plaintiffs under terms and conditions that they claim to have requested from the Defendants. Plaintiffs rely solely on this opinion to counter the Defendants' Third Affirmative Defense that no such coverage was available at the time and that they therefore cannot be liable to Plaintiffs.

4. The opinion offered by Mr. Warfel in his Affidavit is improper, inadmissible and without foundation. Additionally, it constitutes mere speculation about a subject about which actual facts, not speculation, can be determined. Accordingly, as a matter of law, paragraph 9 of the Warfel Affidavit should be stricken from the record of this case.

5. In further support of this motion, Defendants submit herewith their Memorandum of Law.

WHEREFORE, the Defendants, WFR Holdings of Toledo, Inc., incorrectly sued as "Assured Partners of Ohio, LLC, An Ohio Limited Liability Company, Successor in Interest to Wellington F. Roemer Insurance, Inc., A Nevada Corporation, d/b/a Roemer Insurance" and

Robert Schwartz, respectfully move for an order striking paragraph 9 of the William Warfel Affidavit (ECF Dkt #108-7).

<u>s/ Mitchell A. Orpett</u>
One of the attorneys for Defendants

Mitchell A. Orpett, Esq. – ARDC# 3121966
Tribler Orpett & Meyer, P.C.
225 W. Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
maorpett@tribler.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of **Defendants' Motion to Strike Opinion Affidavit of William Warfel** was served upon:

Chris D. Rouskey
Rouskey and Baldacci
210 N. Hammes Avenue, Suite 105
Joliet, Illinois 60435
(815) 741-2118
rouskeylaw@gmail.com

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 2550, Chicago, IL 60606, prior to 5:00 p.m. on the 17th day of November, 2021, with proper postage prepaid.

                                          s/ Mitchell A. Orpett
                                               an Attorney