# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDINAL TRANSPORT, INC., A Delaware Corporation, AND C R TRANSPORT, INC., A Nevada Corporation, ) ) ) ) | JUDGE SHARON JOHNSON COLEMAN |
| Plaintiffs, ) ) | |
| VS. ) | CASE NO. 2019 CV 4943 |
| ASSURED PARTNERS OF OHIO, LLC, An Ohio Limited Liability Company, Successor in Interest to Wellington F. Roemer Insurance, Inc., A Nevada Corporation, D/B/A Roemer Insurance, AND ROBERT SCHWARTZ, Individually, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## AFFIDAVIT

NOW COMES THE AFFIANT, PENNY ANDERSON, and being first duly sworn on oath, states as follows:

1. That I am the Controller for the Plaintiffs, CARDINAL TRANSPORT, INC. and C R TRANSPORT, INC.

2. That as part of my duties, I am responsible for maintaining records of insurance policies obtained on behalf of the Plaintiffs, CARDINAL TRANSPORT, INC. and C R TRANSPORT, INC., covering long-haul trucking liability.

3. That I have searched the policies provided by Roemer Insurance and the Defendant, ROBERT SCHWARTZ, as producer, and that said search has revealed that policies produced by them from 2005 to 2012 calculated premiums based upon revenue and did not require any mandatory minimum premium.

FURTHER, AFFIANT, PENNY ANDERSON, SAITH NAUGHT.

_____
PENNY ANDERSON, Affiant

CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
210 N. HAMMES AVENUE, SUITE 105
JOLIET, ILLINOIS 60435
PHONE: 815-741-2118
E-MAIL: ROUSKEYLAW@GMAIL.COM
IL REGISTRATION NO. 03123595

SUBSCRIBED AND SWORN to before me the _15_ day of December, 2021

_____
NOTARY PUBLIC

DEBRA K. CHRISTENSEN
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Jun 19, 2023